KEVIN CIFARELLI (SBN: 192660)
KARA E. FARMER (SBN: 233373)
kcifarelli@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
CREDIT PROTECTION ASSOCIATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK J. JONES<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT PROTECTION ASSOCIATION<br><br>Defendants. | Case No.: CV 09 2978 WHA<br><br>STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)]<br><br>Hon. William H. Alsup<br><br>Complaint Filed:   February 26, 2009 |

TO THE COURT AND ALL PARTIES:

Plaintiff Mark J. Jones in pro se and Defendant Credit Protection Association, by and through its counsel of record, hereby stipulate that the above-captioned Complaint by Plaintiff against Defendant Credit Protection Association, shall be and is voluntarily dismissed by Plaintiff with prejudice to his rights, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1) and to the terms of the parties' separate confidential settlement agreement. The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

\\\

IT IS SO STIPULATED.

DATED: July 27, 2009

HINSHAW & CULBERTSON LLP

By: _____
Kevin Cifarelli
Kara E. Farmer
Attorneys for Defendant
CREDIT PROTECTION ASSOCIATION

DATED: July 27, 2009

MARK J. JONES

By: _____
Mark J. Jones
PLAINTIFF IN PRO SE

[PROPOSED] ORDER

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and to the provisions of the stipulation of the parties, above, it is hereby ORDERED that the captioned action is dismissed with prejudice, and that each party to this action shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 28, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]
CASE NO. CV 09 2978 WHA
29851371v1 859800 56331